UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Terina Westmeyer et al.,

           Plaintiff(s),        ORDER OF DISCONTINUANCE

      -against-               05 Civ. 7174    (KMW )(FM)

New School University

           Defendant(s).
---------------------------------------------------------------x

        It having been reported to this Court that the above entitled action has been settled, it is hereby

        ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:     New York, New York
            November 25, 2009

                                                            FRANK MAAS
                                                United States Magistrate Judge

Giskan, Solotaroff & Anderson         Fulbright & Jaworski L.L.P.

Attorney(s) for Plaintiff                   Attorney(s) for Defendant

By:                                                 By:   India DeCarmine

Agreed and Consented to:                  Agreed and Consented to:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-25-09

1